# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| ADAMS TOWNSHIP | : | No. 24 WAL 2016 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| RICHLAND TOWNSHIP; CAMBRIA COUNTY; WATKINS GLEN PROPERTIES, INC.; CLARANN HILLENBRAND, DORIAN FRAZIER AND JOANNE FRAZIER; DEBRA KUHNE; THOMAS COSTA AND PAMELA COSTA; DAVID ANDERSON AND JEAN ANDERSON; ROBERT BURNWORTH AND MARY BURNWORTH; ROY LOWRY AND DEBRA LOWRY; VIRGINIA CHAPMAN; BERWIND CORPORATION; PAUL SINGER; VINCENT MAXWELL AND JESSICA MAXWELL; AND NANCY LEONE | : : : : : : : : : : : : : | |
| | : | |
| | : | |
| PETITION OF: RICHLAND TOWNSHIP | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of May, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by Petitioner, are:

1.  Was it proper for the board of commissioners to consider the boundary as shown in the tax assessment records not as evidence of the location of the original line but as a practical alternative in order to resolve the continuing uncertainty as to the location of the boundary?

2.  Was it proper for the board of commissioners—when faced with the inability to determine the original boundary—to consider the acquiescence

of the municipalities to the boundary as reflected in the tax maps, the reliance by the landowners in the affected area on that tax map boundary, and the inducement of such reliance by the municipalities in order to resolve the continuing uncertainty as to the location of the original boundary?

Petitioner's Motion for Leave to Supplement Petition for Allowance of Appeal is **DENIED** as moot.